**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0016

Sharon D. Vance and Steve Vance

- - Versus - -

Sheriff Daniel H. Edwards, Sgt. Sonja Dyson Evans, Lt.
Brandon Pinion, Latecial Milton, Crystal Knight, Racquelle
D. Collins, Robert Smith, Kedrick Carlson and their insurers

21st Judicial District Court
Case #: 20190002664
Tangipahoa Parish

On Application for Rehearing filed on 11/13/2023 by Sharon D. Vance and Steve Vance

Rehearing _Denied_

John Michael Guidry

Guy Holdridge

Hunter Greene

Date **NOV 3 0 2023**

Rodd Naquin, Clerk